UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
**PATRICK DONOHUE**, Individually and on Behalf of **S.J.D.**,
a Student with Disabilities;

**ANGELA NOLAN** Individually and on Behalf of **S.N.**,
a Student with Disabilities in New York State;

**MARIE FARRELL** Individually and on Behalf of **E.F.**,
a Student of New York City; and

All Others Similarly Situated,

CASE NO.: 21 – CV – 8463 (JPO)

Plaintiffs,

**AFFIRMATION OF SERVICE**

-against-

**KATHLEEN HOCHUL**, in her official capacity as
Governor of New York;

**et. al**,

Defendants.
-------------------------------------------------------------------------x

**ASHLEIGH C. ROUSSEAU, ESQ.,** an attorney at law duly licensed to practice in the State of New York hereby affirms the following to be true under the penalties of perjury: On October 20, 2021, I served a copy of the annexed SUMMONS IN A CIVIL ACTION AND COMPLAINT upon the State entity and/or State employee, pursuant to CPLR Rule 307 and FED. R. CIV. PRO. RULE 4, through United States Postal Service by Certified Mail (signature required) with the marking "URGENT LEGAL MAIL" in capital letters upon the front of the to the following person(s) at the last known address set forth therefore:

    BETTY ROSA
    *Commissioner of NYS Dept. of Education*
    89 Washington Avenue
    Albany, New York 12234

Dated:  October 20, 2021
          Manhattan, NY

                                              ASHLEIGH C. ROUSSEAU, ESQ.
                                              Bar No. 5801923
                                              *BRAIN INJURY RIGHTS GROUP*
                                              300 E 95th Street, Suite 130
                                              Manhattan, NY 10128

**US POSTAGE & FEES PAID**
PRIORITY MAIL
ZONE 2 FLAT-RATE ENVELOPE
ComPlsPrice

062S000993632
17290600
FROM 10128

stamps
endicia
10/20/2021



# PRIORITY MAIL 2-DAY™    0004

BRAIN INJURY RIGHTS GROUP
300 E 95th Street, Suite 130
New York NY 10128-5792

C000

SHIP
TO:
BETTY ROSA
Commissioner Of NYS Dept. Of Education
89 Washington Avenue
Albany NY 12234-1000

USPS SIGNATURE TRACKING #

9410 8116 9900 0634 9416 07

---

## stamps endicia    Shipping Label Receipt

Delivery Confirmation™ Service Number:

**9410 8116 9900 0634 9416 07**

From:   BRAIN INJURY RIGHTS GROUP
        300 E 95th Street, Suite 130
        New York NY 10128-5792

        Mailing Date: 10/20/2021

To:     BETTY ROSA
        Commissioner Of NYS Dept. Of Education
        89 Washington Avenue
        Albany NY 12234-1000

                                          USPS
                                          Postmark
                                          Here

Priority Mail 2-DAY with USPS SIGNATURE TRACKING #*
Electronic Service Fee: $0.00
Additional Services: Insured
Total Postage and Fees: $11.05
Weight: 2 lbs
Print Date: 10/20/2021

*Regular Priority Mail 2-DAY Service postage rates apply. There is no fee for Delivery Confirmation™ service on Priority Mail services with use of this electronic shipping label. Postmark required if fee refund requested. Delivery information is not available by phone for the electronic option.

### Instructions:

1. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secured. Self-adhesive label is recommended.
2. Place the label so it does not wrap around the edge of the package.
3. This package may be deposited in any collection box, handed to your mail carrier, or presented to a clerk at your local Post Office.
4. Each confirmation number is unique and can be used only once - DO NOT PHOTOCOPY.
5. You must mail this package on the "mail date" that is specified on this label.

October 22, 2021

Dear Ashleigh Rousseau:

The following is in response to your request for proof of delivery on your item with the tracking number: **9410 8116 9900 0634 9416 07**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | October 22, 2021, 10:30 am |
| **Location:** | ALBANY, NY 12234 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $50 insurance included |
| **Recipient Name:** | n |
| **Actual Recipient Name:** | R SMITH |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 2lb, 0.0oz |

## Recipient Signature



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004