UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK DONOHUE, *et al.*,
                  Plaintiffs,

-v-

KATHLEEN HOCHUL, *et al.*,
                  Defendants.

21-CV-8463 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiffs have filed a motion for a preliminary injunction against the Defendants' mask mandates, the State of New York's mask mandate, and the City of New York's mask mandate, as applied to elementary and secondary school students throughout the City and State of New York. Counsel for all parties are directed to appear telephonically for a hearing with the Court on November 18, 2021, at 3:00 p.m., on Plaintiff's motion for a preliminary injunction. Counsel and any interested parties should call (888) 557-8511 at the scheduled time. The access code is 9300838.

    Plaintiffs shall serve a copy of this Order and the filings in support of their motion for preliminary injunction upon the Defendants or their counsel on or before October 27, 2021.

    Defendants shall file any responses to the motion for preliminary injunction on or before November 10, 2021.

    SO ORDERED.

Dated: October 22, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge