UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------------x
PATRICK DONOHUE, individually and on behalf of
S.J.D.; ANGELA NOLAN, individually and on behalf of S.N.;
MARIE FARRELL, individually and on behalf of E.F.;
and all others similarly situated,

                                  Plaintiffs,

   vs.                                                  21-CV-08463 (JPO)

KATHLEEN HOCHUL, in her official capacity as Governor of
New York; BILL DE BLASIO, in his official capacity as Mayor of
New York City; HOWARD ZUCKER, in his official capacity as
Commissioner of the New York State Department of Health;
BETTY ROSA, in her official capacity as Commissioner of the New
York State Department of Education; LESTER YOUNG, JR., in his
official capacity as Chancellor of the New York State Board of
Regents; MEISHA PORTER, in her official capacity as the
Chancellor of the New York City Department of Education; DAVE
CHOKSHI, in his official capacity as the Commissioner of New
York City Department of Health; NEW YORK STATE
DEPARTMENT OF HEALTH; NEW YORK STATE
DEPARTMENT OF EDUCATION; NEW YORK BOARD OF
REGENTS; NEW YORK CITY DEPARTMENT OF
EDUCATION; NEW YORK CITY DEPARTMENT OF HEALTH,

                                  Defendants.
-----------------------------------------------------------------------------------x

## DECLARATION OF JACLYN D. SAFFIR

      Jaclyn D. Saffir, an attorney duly admitted to practice before this Court, declares under penalty of perjury that the following is true and correct:

      1.  I am an Assistant Attorney General in the Office of Letitia James, Attorney General of the State of New York, attorney for Defendants Governor Kathy Hochul; Howard Zucker, M.D., J.D., Commissioner of the New York State Department of Health; Betty Rosa, Commissioner of the New York State Department of Education; Lester Young, Jr., Chancellor of the New York State Board of Regents; the New York State Board of Regents; the New York State Department

of Health; and the New York State Department of Education. This Declaration is submitted in opposition to Plaintiffs' Motion for a Preliminary Injunction.

    2.  Attached hereto as Exhibit A is a true and correct copy of New York State Supreme Court Justice Diccia T. Pineda-Kirwan's decision denying plaintiff's application for a preliminary injunction enjoining New York school mask requirements in *M.F. v. Cuomo, et al.*, No. 607277/2021 (Sup. Ct. Nassau Cnty. June 28, 2021).

Dated: New York, New York
       November 10, 2021

                                                        _____/S/_____
                                                        Jaclyn D. Saffir
                                                        Assistant Attorney General