UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICK DONOHUE, et al.,

                Plaintiffs,                        21 **CIVIL** 8463 (JPO)

      -against-                              **JUDGMENT**

KATHLEEN HOCHUL, et al.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 23, 2022, the City Defendants' motion to dismiss the complaint is granted, and the complaint is dismissed in its entirety. Because the defects with the complaint are substantive, and amendment would be futile, the federal claims are dismissed with prejudice. *See Kim v. Kimm*, 884 F.3d 98, 105-06 (2d Cir. 2018). The state law claims are dismissed without prejudice to refiling in state court. Plaintiffs' motion for a preliminary injunction is denied; accordingly, this case is closed.

**Dated:**  New York, New York
          February 23, 2022

                                                  **RUBY J. KRAJICK**
                                                    Clerk of Court
                                BY:
                                                    Deputy Clerk