UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK DONOHUE, *et al.*,
                Plaintiffs,

-v-

KATHLEEN HOCHUL, *et al.*,
                Defendants.

21-CV-8463 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Pursuant to the mandate of the United States Court of Appeals for the Second Circuit (ECF No. 102), the Clerk of Court is directed to issue an amended judgment that the dismissal of this action is without prejudice.

    SO ORDERED.

Dated: May 17, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge