**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
PATRICK DONOHUE, et al.,

                Plaintiffs,

-against-                            21 **CIVIL** 8463 (JPO)

                                    **AMENDED JUDGMENT**

KATHLEEN HOCHUL, et al.,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 17, 2023, pursuant to the mandate of the United States Court of Appeals for the Second Circuit (ECF No. 102), an amended judgment is entered, and the dismissal of this action is without prejudice.

**Dated:** New York, New York

      May 18, 2023

                                                        **RUBY J. KRAJICK**

                                                        _____
                                                             **Clerk of Court**

                           **BY:**    *K. Mango*

                                                             _____
                                                             **Deputy Clerk**